**Order filed June 18, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00513-CV
_____

**BENEDICT EMESOWUM, Appellant**

**V.**

**CHRISTMAS EVE MORGAN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1061501**

---

## ORDER

According to information provided to this court, appellant is attempting to appeal the trial court's order sustaining the contest to his affidavit of indigence. Our records do not reflect that appellant is attempting to appeal from a final, appealable order.

The clerk's record has not been filed in this appeal. To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled

to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County Clerk to file a partial clerk's record with the clerk of this court on or before **July 9, 2015.** In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM